No. 10–5617. WILLIAMS *v.* CLAY ELECTRIC COOPERATIVE, INC., ET AL. Sup. Ct. Fla. Certiorari denied. ▉

No. 10–5618. WATSON *v.* GEORGIA. Ct. App. Ga. Certiorari denied. ▉

No. 10–5619. CHUONG VAN DUONG *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 10–5620. MYRON *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 10–5622. RAUSER *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. ▉

No. 10–5623. REDD *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied. ▉

No. 10–5626. MILLER *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 10–5629. TAGLIAMONTE *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. ▉

No. 10–5630. ROGERS *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 10–5631. RAMOS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–5633. EARDLEY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. ▉

No. 10–5634. WILSON *v.* ROPER, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 10–5635. TUCKER *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. ▉

No. 10–5637. BUENROSTRO *v.* DEPARTMENT OF JUSTICE. C. A. Fed. Cir. Certiorari denied. ▉

No. 10–5638. BURNETT *v.* CITY OF JACKSONVILLE, FLORIDA, ET AL. C. A. 11th Cir. Certiorari denied. ▉